*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MOHAMEDHEN VALL EL KHARCHI
Plaintiff

Case No.   26-114

VS.

WARDEN, et al.,
Defendant

Judge
Magistrate Judge

**ORDER**

IT IS ORDERED that <u>Rafael Urena</u> be and is hereby admitted to the bar of this Court pro

hac vice on behalf of <u>Plaintiff</u> in the above described action.

SO ORDERED on this, the <u>15th</u> day of <u>Jan.</u>, 20<u>26</u>.

_____
U.S. Magistrate Judge