## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Mohamedhen Vall El Kharchi,** | |
| *Petitioner*, | Civil Action No.: **3:26-cv-00114** |
| v. | |
| **WARDEN**, Jackson Parish Correctional Center, is sued in his official capacity, | |
| **TODD M. LYONS**, Acting Director of U.S. Immigration and Customs Enforcement, is sued in his official capacity, | |
| **KRISTI NOEM**, Secretary of the U.S. Department of Homeland Security, is sued in her official capacity, | |
| **PAMELA BONDI**, Attorney General of the United States, is sued in her official capacity, | **PETITIONER'S PROPOSED ORDER FOR MOTION TO ACCEPT LATE SERVICE** |
| *Respondents*. | |

The Court has for consideration the Petitioner's Motion to Accept Late Service.

Upon consideration, it is:

ORDERED that the Petitioner's Motion is granted.

IT IS SO ORDERED on this _12th_ day of _June_ 2026.

_____
Mark L. Hornsby
U.S. Magistrate Judge